# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-02079-JHN-JTLx | Date | March 24, 2010 |
|---|---|---|---|
| Title | In Suk Jang v. IndyMac Bank, F.S.B. et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE re DISMISSAL FOR LACK OF PROSECUTION (In Chambers)

The Court, on its own motion, ORDERS that plaintiff show cause in writing on or before **April 7, 2010**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, on or before the above date, as an appropriate response to this Order to Show Cause:

> **status report as ordered with Minutes filed March 15, 2010 [25].**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of counsel's response.

Failure to respond to the Court's order may result in the dismissal of the action for failure to prosecute this case and for failure to keep contact information current pursuant to L.R. 83-2.10.3 (*pro se's must follow all rules*) and L.R. 83-2.7 (*counsel must keep contact info current*).

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |